STATE of Missouri, Respondent,

v.

Robert J. HAMILTON, Appellant.

Nos. WD 42137, WD 43032.

Missouri Court of Appeals, Western District.

March 26, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 30, 1991.

Application to Transfer Denied June 11, 1991.

David S. Durbin, Appellate Defender, Anthony Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Geoffrey W. Preckshot, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and KENNEDY and FENNER, JJ.

ORDER

PER CURIAM.

Appeals from conviction of robbery in the first degree and armed criminal action, and from the order denying appellant's Rule 29.15 motion.

The direct appeal from the judgment of conviction is affirmed. The appeal from the order denying post-conviction relief is dismissed. Rule 30.25(b) and 84.16(b).